FILED
U.S. DISTRICT COURT
DIV.

In the United States District Court
for the Southern District of Georgia FEB 21  AM II: 41
Brunswick Division

CLERK
SO. DIST. OF GA.

ANGELA FAVORS-MORRELL,          *
                                *
            Plaintiff,          *          MC212-   4
                                *
vs,                             *
                                *
THE UNITED STATES OF AMERICA    *
                                *
            Defendant.          *

## NOTICE AND DEMAND

## TO APPEAR BEFORE A COMPLETE AND QUALIFIED FEDERAL GRAND JURY

COMES NOW Angela Favors-Morrell, Pro Se, (hereinafter "Complainant"), formally to

demand an opportunity to appear before a competent and qualified federal grand jury, pursuant to

18 U.S.C. 1504; Petition & Due Process Clauses, to bring and file a verified CRIMINAL

COMPLAINT in the matter of the judicial misconduct which is the subject of the instant case and to

provide formal Notice of the above to all interested party(s): Chief Judge Lisa Wood, US Attorney

Melissa Mundell and David Brunjes (Chief Counsel, Federal Law Enforcement Training Center).

Page 1 of 4

## DEMAND TO APPEAR BEFORE A

## COMPETENT AND QUALIFIED FEDERAL GRAND JURY

Complaint hereby demands an opportunity to appear before a competent and qualified federal grand jury, lawfully convened under auspices of the United States Court of Appeals for the Eleventh Circuit, to provide testimony concerning the events, alleged misconduct, and voluminous supporting documents which have given rise to the instant Complaint. Complainant demands that said opportunity be created, and that said appearance PLEASE occur, As Soon As Possible. The instant DEMAND is made pursuant to the second paragraph in 18 U.S.C. 1504, to wit:

Nothing in this section shall be construed t prohibit the communication of a request to appear before the rand jury.

Complainant constructs said paragraph to mean that employees of all branches of the United States (federal government) are barred from obstructing such a request, delaying such a request, or otherwise preventing a request to appear before the federal grand jury from reaching the foreperson of the federal grand jury via first class, certified, and/or registered United States Mail. Complainant offers to prove that there are no statutes codified anywhere in the United States Code, or otherwise enacted by the Congress, which authorize federal judges, United States Attorneys, and/or clerks of the federal district courts, to delay, obstruct, or otherwise prevent the delivery of correspondence transmitted via United States Mail to the foreperson of a lawfully convened grand jury, particularly when said correspondence contains a lawful, and proper, request to appear before same and is transmitted with return receipt and restricted delivery services requested and purchased.

VERIFIED CRIMINAL COMPLAINT

Complainant hereby formally charges the following named individuals, both jointly and severally, with the corresponding crimes enumerated infra:

Assistant US Attorney Melissa Mundell with:
(1) Conspiracy to obstruct justice, obstruction of justice, and the due administration of justice, before a judicial proceeding in the United States District Court,

Attorney David Brunjes, (FLETC Chief Counsel)with:
(1) Conspiracy to obstruct justice, obstruction of justice, and the due administration of justice, before a judicial proceeding in the United States District Court,

Chief Federal Judge Lisa Wood with:
(1) Conspiracy to obstruct justice, obstruction of justice, and the due administration of justice, in the judicial proceeding in the United States District Court,

in violation Article III, Section 1, of the Constitution for the United States of America, as lawfully amended; this diminution is evidence of a bias, and of an unlawful conflict of interest.

VERIFICATION

Complainant hereby verifies, under penalty of perjury, under the laws of the United States of America, without the "United States", that the foregoing statement of facts is true and correct, to the best of her current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1).

Respectively Submitted this 21st Day of February, 2012

Angela Favors-Morrell
Pro-se

Angela Favors-Morrell
P.O. Box 173
Brunswick, Georgia 31521

PROOF OF SERVICE

I, Angela Favors-Morrell, hereby certify, under penalty of perjury, under the laws of the United

States of America, without the "United States", that I am at least 18 years of age and a Citizen of

one of the United States of America, and that I personally served the following individuals by placing

said document(s) with exhibits in first class United States Mail, with postage prepaid and properly

addressed to the following individuals:        Executed on February 20, 2012:

Angela Favors-Morrell

Clerk of Court
Scott L. Poff
United States Southern District Court of Georgia
801 Gloucester Street
Brunswick, GA 31520

DAVID BRUNJES
FLETC, GLYNCO
1131 Chapel Crossing Rd
Brunswick, GA 31525

John Ley, Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St. N.W.
Atlanta, Georgia 30303

U.S. Attorney Melissa Mundell                   Chief Judge Wood
100 Bull Street, Suite 201                      801 Gloucester Street
Savannah, Ga 31401                              Brunswick, GA 31520

Grand Jury Foreperson
In re: Angela Favors-Morrell vs. United States of America
801 Gloucester Street
Brunswick, GA 31520

Attorney General                                Solicitor General
Department of Justice                           Department of Justice
10th and Constitution, N.W.                     10th and Constitution, N.W.
Washington, D.C.                                Washington, D.C.

**Page 4 of 4**