IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ANGELA FAVORS-MORRELL, | * | |
| Plaintiff, | * | |
| v. | * | Action No. 2:12-MC-04 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

## O R D E R

On October 15, 2024, Plaintiff Angela Favors-Morrell filed a motion to reopen six different cases in this district and requested a hearing. The singular motion was filed in the six cases listed in the case caption, including the instant miscellaneous case. The presiding judge in five of the six cases, the Honorable Lisa Godbey Wood, denied the motion on October 30, 2024. On January 28, 2025, Plaintiff filed another motion to reopen the same cases. The motion was filed in the six listed cases, and Judge Wood denied the motion the next day, January 29, 2025. Because Judge Wood had reassigned this miscellaneous matter to the undersigned judge in 2012, her Orders denying the recently filed motions to reopen could not be docketed in this case.

This case was initated by Plaintiff's filing of a "Notice and Demand to Appear before a Complete and Qualified Federal Grand Jury" on February 21, 2012. Because Plaintiff apparently sought to file a criminal complaint, the Court dismissed the notice and referred Plaintiff to the United States Attorney's Office. (Order of March 9, 2012, Doc. 4.) Over a decade later, Plaintiff seeks to reopen the matter.

There is no relief that can be afforded to Plaintiff through this dismissed miscellaneous case file. Moreover, having reviewed the Orders of October 30, 2024, and January 29, 2025, entered by Judge Wood in Case Numbers 2:00-CV-158, 2:09-CV-058, 2:11-CV-091, 2:14-CV-164, and 2:15-CV-024, the Court hereby adopts and incorporates by reference the legal reasoning and conclusions of those Orders. Accordingly, the Court hereby **DENIES** Plaintiff's motions to reopen this case (docs. 22 & 23).

**ORDER ENTERED** at Augusta, Georgia, this ___ day of April, 2025.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```